**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

IN RE:                                                              CASE NO.: 15-19329-RBR
                                                                    CHAPTER 7
JAMES E. LOGAN AKA JAMES
EDWARD LOGAN,

    Debtor.

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

    **PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of HSBC Bank USA, National Association as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006-CW1, Asset Backed Pass-Through Certificates ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Melbalynn Fisher, Esq.**
**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**
**6409 CONGRESS AVE., SUITE 100**
**BOCA RATON, FL 33487**

    **I HEREBY CERTIFY** that on June 10, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:

James E. Logan aka James Edward Logan
c/o John D. Segaul
300 S. Pine Island Rd #304
Plantation, FL 33324




Kenneth A Welt
1776 Pine Island Rd. #101
Plantation, FL 33322

Office of the US Trustee
51 S.W. 1st Ave, Suite 1204
Miami, FL 33130

                                      ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
                                      Attorney for Secured Creditor
                                      6409 Congress Ave., Suite 100
                                      Boca Raton, FL 33487
                                      Telephone: 561-241-6901
                                      Facsimile: 561-241-1969

                                      By: /s/ Melbalynn Fisher
                                      Melbalynn Fisher, Esquire
                                      Florida Bar Number 107698
                                      Email: mfisher@rasflaw.com