B 6 Summary (Official Form 6 - Summary) (12/14)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re **James E. Logan**　　　　　　　　　　　　　　　Case No.　**15-19329-RBR**

　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter　**7**

*AMENDED 7/31/2015*
## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | 1 | $154,360.00 | | |
| B - Personal Property | No | 4 | $8,088.24 | | |
| C - Property Claimed as Exempt | No | 2 | | | |
| D - Creditors Holding Secured Claims | No | 2 | | $266,588.96 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | No | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $27,911.79 | |
| G - Executory Contracts and Unexpired Leases | No | 1 | | | |
| H - Codebtors | No | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 2 | | | $919.00 |
| J - Current Expenditures of Individual Debtor(s) | No | 3 | | | $1,165.00 |
| TOTAL | | 23 | $162,448.24 | $294,500.75 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re **James E. Logan**    Case No. **15-19329-RBR**

Chapter **7**

*AMENDED 7/31/2015*

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| **TOTAL** | **$0.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $919.00 |
| Average Expenses (from Schedule J, Line 22) | $1,165.00 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14) | $0.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $110,153.96 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $27,911.79 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $138,065.75 |

B6F (Official Form 6F) (12/07)

In re **James E. Logan**                                       Case No. **15-19329-RBR**
                                                                              (if known)

*AMENDED 7/31/2015*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Adam I. Skolnik, P.A.**<br>**POB 670583**<br>**Coral Springs, FL 33067** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | Unknown |
| ACCT #: **xxxx8240**<br>**Broward Sheriffs Fire Rescue**<br>**POB 919068**<br>**Orlando, FL 32891** | | - | DATE INCURRED: **5/12/2015**<br>CONSIDERATION:<br>**Medical Services**<br>REMARKS:<br>**Added 7/31/15** | | | | $200.00 |
| ACCT #:<br>**Capital One**<br>**POB 30285**<br>**Salt Lake City, UT 84130** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $2,692.75 |
| Representing:<br>**Capital One** | | | **Capital One Bank (USA), NA**<br>**4851 Cox Rd**<br>**Glen Allen, VA 23060** | | | | Notice Only |
| Representing:<br>**Capital One** | | | **Rubin & Debski, P.A.**<br>**POB 47718**<br>**Jacksonville FL 32247** | | | | Notice Only |
| ACCT #:<br>**Capital One**<br>**POB 30285**<br>**Salt Lake City, UT 84130** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $5,949.43 |
| | | | | | | Subtotal > | $8,842.18 |
| | | | | | | Total ><br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

_____**5**_____ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re **James E. Logan**          Case No. **15-19329-RBR**
(if known)

*AMENDED 7/31/2015*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:**<br>**Capital One** | | | **Capital One Bank (USA), NA**<br>**4851 Cox Rd**<br>**Glen Allen, VA 23060** | | | | Notice Only |
| **Representing:**<br>**Capital One** | | | **Rubin & Debski, P.A.**<br>**POB 47718**<br>**Jacksonville FL 32247** | | | | Notice Only |
| ACCT #:<br>**Capital One**<br>**POB 30285**<br>**Salt Lake City, UT 84130** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,658.82 |
| **Representing:**<br>**Capital One** | | | **Capital One Bank (USA), NA**<br>**4851 Cox Rd**<br>**Glen Allen, VA 23060** | | | | Notice Only |
| **Representing:**<br>**Capital One** | | | **Rubin & Debski, P.A.**<br>**POB 47718**<br>**Jacksonville FL 32247** | | | | Notice Only |
| ACCT #: **xxxxx7400**<br>**Citgo/Citibank**<br>**POB 6497**<br>**Sioux Falls, SD 57117** | | - | DATE INCURRED: **06/2002**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $677.00 |

Sheet no. **1** of **5** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $2,335.82

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **James E. Logan**  Case No. **15-19329-RBR**
(if known)

*AMENDED 7/31/2015*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxx0666<br>**EOS CCA**<br>POB 981008<br>Boston, MA 02298 | | - | DATE INCURRED: 08/2012<br>CONSIDERATION:<br>**Collecting for AT&T Mobility**<br>REMARKS: | | | | $176.00 |
| **Representing:**<br>**EOS CCA** | | | **AT&T Mobility**<br>POB 536216<br>Atlanta, GA 30353 | | | | Notice Only |
| ACCT #: xxxxxxxxxxxx6918<br>**Exxon Mobile**<br>POB 688938<br>Des Moines, IA 50368 | | - | DATE INCURRED: 07/2006<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $784.00 |
| ACCT #:<br>**Ford Motor Credit Company**<br>POB 31111<br>Tampa, FL 33631 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Auto Repo**<br>REMARKS: | | | | $5,540.98 |
| **Representing:**<br>**Ford Motor Credit Company** | | | **William A. Ingraham, Jr. P.A.**<br>POB 370098<br>Miami, FL 33137 | | | | Notice Only |
| ACCT #: xxxx-xxxx-xxxx-9148<br>**LVNV Funding, LLC**<br>POB 740281<br>Houston, TX 77274 | | - | DATE INCURRED: 03/2009<br>CONSIDERATION:<br>**Collecting for Credit One**<br>REMARKS: | | | | $3,772.00 |

Sheet no. __2__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $10,272.98

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **James E. Logan**  Case No. **15-19329-RBR**
(if known)

*AMENDED 7/31/2015*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Representing: LVNV Funding, LLC | | | Credit One Bank POB 98873 Las Vegas, NV 89193 | | | | Notice Only |
| ACCT #: xxxxxxxxxxxx1639 MABT/Contfin 121 Continental Dr # 1 Newark, DE 19713 | | - | DATE INCURRED: 01/2015 CONSIDERATION: Credit Card REMARKS: | | | | $161.00 |
| ACCT #: xxxxxx6231 Midland Funding LLC 8875 Aero Dr # 200 San Diego, CA 92123 | | - | DATE INCURRED: 02/2011 CONSIDERATION: Collecting for Citibank REMARKS: | | | | $1,555.00 |
| Representing: Midland Funding LLC | | | Citibank POB 6500 Sioux Falls, SD 57117 | | | | Notice Only |
| ACCT #: xxxxxx1015 Midland Funding LLC 8875 Aero Dr # 200 San Diego, CA 92123 | | - | DATE INCURRED: 06/2011 CONSIDERATION: Collecting for Citibank REMARKS: | | | | $1,096.00 |
| Representing: Midland Funding LLC | | | Citibank POB 6500 Sioux Falls, SD 57117 | | | | Notice Only |

Sheet no. __3__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $2,812.00

Total >
**(Use only on last page of the completed Schedule F.)**
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **James E. Logan**                                      Case No. **15-19329-RBR**
                                                                          (if known)

*AMENDED 7/31/2015*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxx3511<br>**Midland Funding LLC**<br>8875 Aero Dr # 200<br>San Diego, CA 92123 | | - | DATE INCURRED: 06/2011<br>CONSIDERATION:<br>**Collecting for Citibank**<br>REMARKS: | | | | $1,091.00 |
| Representing:<br>**Midland Funding LLC** | | | **Citibank**<br>**POB 6500**<br>**Sioux Falls, SD 57117** | | | | Notice Only |
| ACCT #: xxxxxx1613<br>**Midland Funding LLC**<br>8875 Aero Dr # 200<br>San Diego, CA 92123 | | - | DATE INCURRED: 05/2012<br>CONSIDERATION:<br>**Collecting for Citibank**<br>REMARKS: | | | | $677.00 |
| Representing:<br>**Midland Funding LLC** | | | **Citibank**<br>**POB 6500**<br>**Sioux Falls, SD 57117** | | | | Notice Only |
| ACCT #: xxxx068A<br>**Pushpin Holdings LLC**<br>1 Penn Plaza, Box # 6255<br>New York, NY 10119 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Equipment Lease**<br>REMARKS:<br>**Added 7/7/15** | | | | $1,004.81 |
| ACCT #: xxxxx1379<br>**Shell /Citibank**<br>**POB 6497**<br>**Sioux Falls, SD 57117** | | - | DATE INCURRED: 05/2002<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $787.00 |

Sheet no. __4__ of __5__ continuation sheets attached to                    Subtotal >    $3,559.81
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                          Total >
                                    (Use only on last page of the completed Schedule F.)
                                (Report also on Summary of Schedules and, if applicable, on the
                                  Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **James E. Logan**                                                                                   Case No.  **15-19329-RBR**
                                                                                                                         (if known)

*AMENDED 7/31/2015*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Stoneberry**<br>**POB 2820**<br>**Monroe, WI 53566** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **Unknown** |
| ACCT #: **xxxxxxxxxxxx1507**<br>**Webbank/Fingerhut**<br>**6250 Ridgewood Road**<br>**St Cloud, MN 56303** | | - | DATE INCURRED: **11/2012**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$89.00** |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. ___**5**___ of ___**5**___ continuation sheets attached to                                    Subtotal >        $89.00
Schedule of Creditors Holding Unsecured Nonpriority Claims
                                                                                                        Total >    $27,911.79
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **James E. Logan**                                                                                          Case No.    **15-19329-RBR**
                                                                                                                                                    (if known)

## AMENDED 7/31/2015
## DECLARATION CONCERNING DEBTOR'S SCHEDULES
### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____**8**____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **7/31/2015**                                                     Signature  **/s/ James E. Logan**
                                                                                            **James E. Logan**

Date _____                              Signature _____

[If joint case, both spouses must sign.]

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.